# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge   PHILIP S. GUTIERREZ

From: D. Rojas                     , Deputy Clerk   Date Received: February 16, 2021

Case No.: 2:16-cv-00396-BRO-GJS   Case Title: Randall Bernard Allen v. Thomas Small, et al.

Document Entitled: Request for Special Notice

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: The form is a State Court form.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____   U.S. District Judge / U.S. Magistrate Judge _____

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

March 26, 2021
Date                                   U.S. District Judge / ~~U.S. Magistrate Judge~~

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE      COPY 2 -JUDGE      COPY 3 -SIGNED & RETURNED TO FILER      COPY 4 -FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES

DE-154, GC-035

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
RANDALL BERNARD ALLEN
281 E. COLORADO BLVD. #2175
PASADENA, CALIFORNIA 91102   (909)442-9472

**TELEPHONE AND FAX NOS.:**

**FOR COURT USE ONLY**

**ATTORNEY FOR** (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 255 EAST TEMPLE STREET, ROOM 100
MAILING ADDRESS: LOS ANGELES, CALIFORNIA 90012
CITY AND ZIP CODE:
BRANCH NAME: UNITED STATES District Court, Central District of California

**MATTER OF** (Name):

[ ] DECEDENT   [ ] CONSERVATEE   [ ] MINOR   [X] TRUST

**REQUEST FOR SPECIAL NOTICE**

**CASE NUMBER:** 2:16 CV-00396

1.  a. [X] I am a person interested in this proceeding.
    b. [ ] I am the attorney for a person interested in this proceeding (specify name of interested person):

2. I REQUEST SPECIAL NOTICE of (complete only a or b)
   a. [ ] the following matters (check applicable boxes):
      (1) [ ] all matters for which special notice may be requested (Do not check boxes (2)-(8).)
      (2) [X] inventories and appraisals of property, including supplements
      (3) [X] accountings
      (4) [ ] reports of the status of administration
      (5) [ ] objections to an appraisal
      (6) [ ] petitions for the sale of property
      (7) [ ] Spousal Property Petition (form DE-221) (Prob. Code, § 13650)
      (8) [X] other petitions: [ ] all petitions [ ] the following petitions (specify): SEE ATTACHED.

   b. [X] the following matters (specify): SEE ATTACHED.

3. SEND THE NOTICES to
   a. [X] the interested person at the following address (specify): MRS. DARLENE A. KEMP
      VISTA POINTS, INC
      1550 N. Mt. Juliet ROAD #203
      Mt. Juliet, TN 37122

   b. [ ] the attorney at the following address (specify):

Date:

RANDALL BERNARD ALLEN
(TYPE OR PRINT NAME)

_____ (SIGNATURE)

[ ] Attorney for person requesting special notice (client's name):

(Continued on reverse)

Form Approved by the
Judicial Council of California
DE-154, GC-035 [Rev. January 1, 1998]

**REQUEST FOR SPECIAL NOTICE**
(Probate)

Probate Code, §§ 1250,
2700(c), 17204

Attachment, Request For Special Notice.

(1. I am requesting a copy of the court order, and/or any other documentation relevant, requiring the settlement amount to be placed in a Special Needs Trust account. As the Plaintiff in the case, I have never been provided this information, although a request was made to the attorney for a copy of the case file in its entirety. I am also requesting detailed accounting to include Iolta, from Mrs.Darlene A.Kemp, the executive director of Vista Points, Inc.

(2. This petition is submitted because there has been several issues with the trust account administration managing the trust. Several complaints have been filed for bills being paid late, or not paid at all, even though distribution request forms and bills were submitted in a timely manner each month. Cable bills, car notes, cellphone bills, yard maintenance, and car insurance payments have failed to be paid consistantly, which has destroyed the credit score needed to obtain an apartment. Plaintiff is currently homeless, sleeping in his vehicle for over 6 months, and has no car insurance because the bill was not paid, and then the extension date expired without payment. On several occassions (3 different attorneys), distributions have been denied to hire legal representation to transfer the account and funds to a different administration for management. During every free consultation with attorneys, it has been stated in each, that fiduciary responsibilities have been violated. Every attorney has also questioned why the trust was set up in this manner, since I am physically disabled (Crohn's Disease), but have raised my youngest son for 9 years prior to the case, and after regaining full custody, and settlement, another 3 years.This while maintaining housing, a vehicle, and paying bills without late fee's, suspensions, or disconnections, and certainly without homelessness. My son is back into depression after years of therapy from being traumatized from the events of foster care, and my health has deteriorated to the point that I need to be hospitalized for another operation. I have lost over 30 pounds as well as my son from the stress, which brings my disease out of remission. I am trying to keep my son together while he is trying to complete his last semester of high school

during the Covid 19 Pandemic, which is extremely bad for myself because I have an immune deficiency disease, and nowhere to live.

(3. I am currently in U.S.District Court (# 2:20cv-09421-DMG-SP), because the settlement agreement was breached, and relevant material facts were omitted. Officers in the case working with several other unknown individuals, have terrorized my son and I since the settlement, enrolling me into an LAPD surveillance program that has since been dismantled by administration. It was discovered officers that had a personal vendetta againgst individuals, were abusing the capabilities of the program, satellite surveillance, and the technologies.

| MATTER OF (Name): | CASE NUMBER: |
|---|---|
| RANDALL BERNARD ALLEN | 2:16CV-00396 |

> NOTE: A formal proof of service or a written admission of service must accompany this *Request for Special Notice* when it is filed with the court.
>
> You must have your request served on either the personal representative, conservator, guardian, or trustee, or his or her attorney, or obtain a signed *Admission of Service (see below)*.

## PROOF OF SERVICE BY MAIL

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.
2. My residence or business address is *(specify)*:

3. I served the foregoing *Request for Special Notice* on each person named below by enclosing a copy in an envelope addressed as shown below AND
   a. [X] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. a. Date of deposit:                                  b. Place of deposit *(city and state)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/13/2021

(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT) Daniel Hicks

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

DARLENE A. KEMP, VISTAPOINTS, INC.
1550 N. Mt. Juliet Road, Ste #203
Mt. Juliet, Tennessee 37122

U.S. District Court, Central District of California
255 E. Temple Street, Room 180
Los Angeles, California 90012

[ ] List of names and addresses continued in attachment.

## ADMISSION OF SERVICE

1. I am the [ ] personal representative, conservator, guardian, or trustee   [ ] the attorney.
2. I ACKNOWLEDGE that I was served a copy of the foregoing *Request for Special Notice*.

Date:

(TYPE OR PRINT NAME)                                                    (SIGNATURE)

DE-154, GC-035 [Rev. January 1, 1998]       **REQUEST FOR SPECIAL NOTICE**       Page two
                                                    (Probate)

